E-FILED
Thursday, 16 November, 2006  04:23:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

**FILED**

NOV 1 6 2006

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Criminal No.  06-40121 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13; 625 ILCS 5/6-303 |
| CHARLES S. POSTON | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about November 5, 2006, in the Central District of Illinois, the defendant,

**CHARLES S. POSTON**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his privileges to operate a motor vehicle were suspended in Iowa, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443